IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-BNB

EARL CROWNHART

    Plaintiff,

v.

G. HERNANDEZ,
JERRY GREEN, and
FILLIS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2009

GREGORY C. LANGHAM
    CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE
AN AMENDED COMPLAINT

---

The issue before the Court is the eight separate Motions that Plaintiff, Earl Crownhart, has filed seeking leave to amend his original Prisoner Complaint.

Prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Mr. Crownhart desires to amend his Complaint he may do so. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Therefore, Mr. Crownhart must submit the Amended Prisoner Complaint on a Court-approved form and include all claims, named parties, and requests for relief. Accordingly, it is

ORDERED that Mr. Crownhart may file an Amended Prisoner Complaint as instructed above, **within thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Crownhart, together with a copy of this Order, two copies of the Court-approved form used in filing prisoner complaints. It is

FURTHER ORDERED that if Mr. Crownhart fails to amend the Complaint properly, **within thirty days from the date of this Order**, the Court will proceed with a review of the merits of the original Complaint that Mr. Crownhart submitted to the Court on February 10, 2009. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED March 24, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00357-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** form to the above-named individuals on 3/24/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk