IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-BNB

EARL CROWNHART,

    Plaintiff,

v.

G. HERNANDEZ,
JERRY GREEN,
VALERIE FILLIS,
ANTHONY A. DeCESARO, and
SGT. LAZONO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Five motions are pending, including Doc. Nos. 18, 19, 20, 22, and 23. The motions are DENIED as either premature or unnecessary.

Dated: April 9, 2009

Copies of this Minute Order mailed on April 9, 2009, to the following:

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

Secretary/Deputy Clerk