IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00357-MSK-KLM

EARL CROWNHART,

    Plaintiff,

v.

G. HERNANDEZ,
JERRY GREEN,
ANTHONY A. DECESARO, and
SGT. LAZONO,

    Defendant(s).

---

### ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE AND PROHIBITING FUTURE FILINGS BY PLAINTIFF UNTIL JULY 28, 2009 CONFERENCE

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **July 28, 2009 at the hour of 10:00 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed.  Plaintiff and his case manager shall contact the court at:  **(303) 335-2770** on the above date and time in order to participate.

    The Court notes that prior to this case being assigned, Plaintiff filed thirteen motions which were denied as moot, premature or unnecessary [Docket Nos. 17 & 26].  Given Plaintiff's history of filing unnecessary motions in this and other cases, see, e.g., 08-cv-00692-PAB-KLM [#160] and 07-cv-02135-MSK-KLM [#69],

    IT IS HEREBY **ORDERED** that **until such time as the preliminary Scheduling Conference has occurred, Plaintiff is not be permitted to file any motions**.  Any motions filed in violation of this Order shall be summarily stricken.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following

address: service_of_process@doc.state.co.us.

Dated: May 5, 2009

                                                BY THE COURT:
                                                s/ Kristen L. Mix
                                                U.S. Magistrate Judge
                                                Kristen L. Mix