IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ, et al.,

Defendants.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

In light of the Order of Reference Pursuant to 28 U.S.C. § 636(c) (Docket No. 46, filed on July 7, 2009), it is hereby

**ORDERED** that the preliminary Rule 16 Scheduling Conference currently set before Magistrate Judge Mix on July 28, 2009, at 10:00 a.m. is **vacated**. The conference will not be reset until after a ruling on defendants' Motion to Dismiss (Docket No. 44), which was just filed on July 6, 2009. It is further

**ORDERED** that the plaintiff shall file a response to the defendants' Motion to Dismiss on or before July 31, 2009. It is further

**ORDERED** that defendants' Motion to Stay Discovery (Docket No. 48) is granted. Discovery in this matter is stayed until further order of the court.

Date: July 8, 2009