IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ, et al.,

Defendants.

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

**Entered by Magistrate Judge Michael J. Watanabe**

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on July 7, 2009, by Judge Marcia S. Krieger and was assigned to Magistrate Judge Michael J. Watanabe on July 7, 2009.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b),

IT IS HEREBY ORDERED that Magistrate Judge Kristen L. Mix is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge and Letter to Counsel**, entered by Judge Marcia S. Krieger on May 4, 2009, DN 30, is **VACATED**.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse for any hearing or conference will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

Parties who are *pro se* or do not have access to the internet may visit or send filings to the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 15th DAY OF JULY, 2009

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge