IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's "Motion to File in Responce [sic] to Defendant Motion to Dismiss" (Docket No. 52) is denied because this court cannot discern what relief plaintiff is seeking in the motion.

Date: July 16, 2009