IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART aka EARL JOSEPH LOOSE,

        Plaintiff,

v.

G. HERNANDEZ,
JERRY GREE,
ANTHONY A. DECESARO, and
SGT. LAZONO,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Watanabe, Magistrate Judge

      Plaintiff submitted a Prisoners Motion and Affidavit For Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 which is being treated as a Notice of Appeal on December 16, 2010 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
- ___ is not submitted

**(B)**  **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- ___ is not submitted
- ___ is missing affidavit
- ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- _X_ is missing required financial information
- ___ is missing an original signature by the prisoner
- ___ is not on proper form (must use the court's current form)
- ___ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 21st day of December, 2010.

BY THE COURT:

s/Michael J. Watanabe
MAGISTRATE JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO