IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ,
JERRY GREE,
ANTHONY A. DeCESARO, and
SGT. LAZONO,

Defendants.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to File to re Add Persons Names as New Persons Added (Docket No. 59) is denied. The Complaint and this action were dismissed with prejudice on October 13, 2010. (See Docket No. 57, Judgment).

Date: December 23, 2010