IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ,
JERRY GREE,
ANTHONY A. DeCESARO, and
SGT. LAZONO,

Defendants.

---

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to File Appendices to file Appendix Under A.B.C with State's Highes [sic] Courts (Docket No. 69) is denied. The Complaint and this action were dismissed with prejudice on October 13, 2010. (See Docket No. 57, Judgment). Furthermore, plaintiff's appeal was dismissed for lack of prosecution by the Tenth Circuit Court of Appeals on January 12, 2011. (See Docket No. 68-1). Even if this court could discern what relief plaintiff is seeking in the instant motion, this court lacks jurisdiction to grant plaintiff relief.

Date:  March 29, 2011