IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00357-MJW-KLM

EARL CROWNHART,

Plaintiff,

v.

G. HERNANDEZ,
JERRY GREE,
ANTHONY A. DeCESARO, and
SGT. LAZONO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Petition Relief the Government to File to reopen cases as dismissed is denied. Plaintiff has provided no basis for reopening this case. The Complaint and this action were dismissed with prejudice on October 13, 2010. (See Docket No. 57, Judgment). Furthermore, plaintiff's appeal was dismissed for lack of prosecution by the Tenth Circuit Court of Appeals on January 12, 2011. (See Docket No. 68-1).

Date:   March 15, 2012